UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BERRY MARCUS FUSSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 5:19-CT-3121-D** |
| ) | |
| STATE OF NORTH CAROLINA, JANES ) | |
| EVANS, ERICA PATELOS, and RONALD ) | |
| HOCKETT, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's motion to amend [D.E. 9] and DISMISSES plaintiff's complaint without prejudice [D.E. 1]. The court DIRECTS the Pender County Jail to comply with Magistrate Judge Jones's order of May 1, 2019 [D.E. 5].

**This Judgment Filed and Entered on July 2, 2020, and Copies To:**

Berry Marcus Fussell  (Sent to Pender County Jail at 104 N. Walker Street Burgaw, NC 28425 via US Mail)

DATE:  PETER A. MOORE, JR., CLERK

July 2, 2020  (By) /s/ Nicole Sellers

  Deputy Clerk